377 A.2d 190

Commonwealth v. Wells, Appellant.

Sub-mitted December 22, 1976. Leonard Sosnov and John W. Packel, Assistant Public Defenders, for appellant; Ronald B. Savage, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.